**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **DERRICK J. BROUSSARD** | **CIVIL ACTION NO. 22-0533** |
| **VS.** | **SECTION P** |
| | **JUDGE TERRY A. DOUGHTY** |
| **CALDWELL CORRECTIONAL CENTER, ET AL.** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge [Doc. No. 10] having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff Derrick J. Broussard's Complaint, [Doc. No. 1], is **DISMISSED WITHOUT PREJUDICE**.

**MONROE, LOUISIANA**, this 9th day of August, 2022.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE